NUMBER 13-05-162-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
ELVA MONTES DE OCA,                                                   Appellant,

v.

CIRCLE K SOUTH TEXAS LIMITED PARTNERSHIP, ET AL.,    Appellees.
___________________________________________________________________

On appeal from County Court at Law No. 1 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, ELVA MONTES DE OCA, perfected an appeal from a judgment
entered by County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-42,541-A. The notice of appeal was filed on March 9, 2005. Pursuant to Tex. Gov’t
Code §51.207(b)(1) and § 51.941(a)(1), a filing fee in the amount of $125.00 is due
upon the filing of an appeal. To date, appellant has failed to pay the filing fee. 
         On March 29, 2005, pursuant to Tex. R. App. P. 42.3(c), notice was given to
appellant that she was delinquent in remitting this filing fee and that, unless the filing
fee was paid within ten days from the date of receipt of this Court’s notice, this appeal
would be dismissed. To date, appellant has failed to respond to this Court’s notice.
         The Court, having considered the documents on file and appellant’s failure to
comply with the rules, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 28th day of April, 2005